UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MILAGROS SENIOR, :
                               Plaintiff, :      22 Civ. 8126 (LGS)
:
       -against-                   :      <u>ORDER</u>
:
FAIRLEIGH DICKINSON UNIVERSITY, :
                            Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed more than forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED.**

Dated: November 22, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE